1022

THE STATE OF WASHINGTON, *Respondent*, v. MAYIRA BALENCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 09-1-00033-8, E. Thompson Reynolds, J., entered April 19, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.


[No. 29338-6-III.   Division Three.   October 18, 2011.]

LEANNE LUMPER, *Appellant*, v. EDMO DISTRIBUTORS, INCORPORATED, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-02275-0, Annette S. Plese, J., entered August 10, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.


[No. 29551-6-III.   Division Three.   October 18, 2011.]

TOBY J. TODD, *Appellant*, v. RIVER RIDGE HARDWARE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-04995-0, Salvatore F. Cozza, J., entered November 8, 2010. *Reversed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Siddoway, J.


[No. 28867-6-III.   Division Three.   October 20, 2011.]

*In the Matter of the Detention of* RONALD R. TIMM.

RONALD R. TIMM, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeals from a judgment of the Superior Court for Spokane County, No. 06-2-01857-0, Jerome J. Leveque, J., entered March 3, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Siddoway, J.